No. 1444, Misc. CLONCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 1544, Misc. WILLIAMS *v.* LOGAN, PRISON CAMP SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1545, Misc. TYLER *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied.

No. 1552, Misc. WYATT *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 1553, Misc. SARAVIA *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner.

No. 1560, Misc. ESTRADA *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 1561, Misc. D'AGOSTINO *v.* DACEY, CORRECTIONAL SUPERINTENDENT. C. A. 1st Cir. Certiorari denied.

No. 1562, Misc. BAINES *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 1564, Misc. CADE *v.* BURSON, CORRECTIONS DIRECTOR. Sup. Ct. Ga. Certiorari denied.

No. 1570, Misc. GREENWELL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.